IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA MARIE WILLIAMS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CHEVRON OIL, INC., CITY OR RICHMOND, and DOES 1 through 5000,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　　/ | No. C 12-05488 SI<br><br>**ORDER TO SHOW CAUSE; VACATING CASE MANAGEMENT CONFERENCE** |

On January 14, 2013, the Court dismissed plaintiff's complaint with leave to amend. Her amended complaint was due no later than February 11, 2013. Plaintiff has not filed an amended complaint, requested an extension of time, or otherwise communicate in any other way with the Court.

**Accordingly, plaintiff is ORDERED TO SHOW CAUSE in writing no later than March 1, 2013, why this case should not be dismissed for failure to prosecute**. *See* Fed. R. Civ. Proc. 41(b). Plaintiff's failure to respond to this Order will be treated as an acknowledgment of non-opposition and may result in dismissal with prejudice. The February 22, 2013 case management conference is VACATED.

**IT IS SO ORDERED.**

Dated: February 22, 2013

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
SUSAN ILLSTON
United States District Judge