IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA MARIE WILLIAMS,<br><br>    Plaintiff,<br><br>  v.<br><br>CHEVRON OIL, INC., CITY OR RICHMOND, and DOES 1 through 5000,<br><br>    Defendants.<br>                                                        / | No. C 12-05488 SI<br><br>**ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE** |

On January 14, 2013, the Court dismissed plaintiff's complaint with leave to amend. After plaintiff failed to timely file an amended complaint, the Court ordered plaintiff to show cause no later than March 1, 2013, why this case should not be dismissed for failure to prosecute. *See* Docket No. 20.

Plaintiff did not ever respond to the order to show cause, in writing or otherwise, and has made no effort to show cause why this case should not be dismissed for failure to prosecute. Accordingly, the case is DISMISSED for failure to prosecute. Ths Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: March 13, 2013

SUSAN ILLSTON
United States District Judge