**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SYLVIA MARIE WILLIAMS,            No. C 12-05488 SI

      Plaintiff,                            **JUDGMENT**

  v.

CHEVRON OIL, INC., CITY OR RICHMOND, and DOES 1 through 5000,

      Defendants.
                                      /

Plaintiff's case has been dismissed without prejudice for failure to prosecute. Judgment is accordingly entered in favor of defendants and against plaintiff.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: March 13, 2013

                                                   SUSAN ILLSTON
                                                   United States District Judge