IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SYLVIA MARIE WILLIAMS,          No. C 12-05488 SI

    Plaintiff,          **JUDGMENT**

  v.

CHEVRON OIL, INC., CITY OR RICHMOND, and DOES 1 through 5000,

    Defendants.
                                          /

Plaintiff's case has been dismissed without prejudice for failure to prosecute. Judgment is accordingly entered in favor of defendants and against plaintiff.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: March 13, 2013

SUSAN ILLSTON
United States District Judge

**United States District Court**
For the Northern District of California